Decision Per Curiam.

The American Savings & Loan Association, a corporation under the laws of Minnesota, Appellant, vs. Joseph H. Bugbee, Harrison Reed and his wife, Chloe M. Reed, Appellees.

Appeal from Circuit Court Duval county; Rhydon M. Call, Judge.

*Walker & L'Engle,* for Appellant.

*H. H. Buckman,* for Appellees.

The bill in this cause was filed by the appellant against the appellees. There were decrees for the defendants, and the complainant appeals. The decrees are affirmed.

Decision Per Curiam.